**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RICK T. JONES                                                                                           PLAINTIFF

v.                                         No. 4:14CV00010 JLH

BRINKER INTERNATIONAL PAYROLL
COMPANY, L.P.; MIKE ADAMS;
and JASON SCHULZ                                                                              DEFENDANTS

## ORDER

On January 9, 2014, the defendants filed a motion to dismiss the complaint and compel plaintiff to pursue his claims against the defendants in arbitration. The plaintiff, Rick T. Jones, did not respond, so on January 28, 2014, the Court entered an Order notifying Jones that if he failed to respond on or before February 4, 2014, the Court would assume that he had no objection to the motion and would act accordingly. Jones has not responded. Therefore, the motion is GRANTED. Document #5. This action is dismissed without prejudice so that Jones can pursue his claims in arbitration.

IT IS SO ORDERED this 7th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE